UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 62412
  MARIE M STEWARD
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR


          Debtor
   SSN XXX-XX-9730


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 10/16/05 and confirmed on 03/31/06.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  16725.51 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 1603.23 | .00 | 1603.23 |
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 778.37 | .00 | 778.37 |
| ASSOCIATED BANK | CURRENT MORTG | .00 | .00 | .00 |
| ASSOCIATED BANK | MORTGAGE ARRE | 347.18 | .00 | 347.18 |
| CENTRAL REGION POSTAL C | SECURED | 450.00 | 45.23 | 450.00 |
| LAKE COUNTY COLLECTOR | SECURED | 3000.00 | 84.61 | 3000.00 |
| MCI WORLDCOM | UNSECURED | NOT FILED | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3149.30 | .00 | 3149.30 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3711.81 | .00 | 3711.81 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 425.05 | .00 | 425.05 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| OSI FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| VGM FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LINCARE | UNSECURED | NOT FILED | .00 | .00 |
| MIDWESTERN REGIONAL MEDI | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 150.13 | .00 | 150.13 |

```
CENTRAL REGION POSTAL C   UNSECURED      NOT FILED              .00         .00
CERTIFIED SERVICES INC    UNSECURED         154.49              .00      154.49
CHEMLAWN                  UNSECURED      NOT FILED              .00         .00
US CELLULAR               UNSECURED      NOT FILED              .00         .00
GRAYSLAKE COMMUNITY H S   UNSECURED      NOT FILED              .00         .00
            Summary of disbursements:
--------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6178.78       .00      7590.78         .00     13769.56
PRINCIPAL PAID      6178.78       .00      7590.78         .00     13769.56
INTEREST PAID        129.84       .00          .00         .00       129.84
TOTAL PAID          6308.62       .00      7590.78         .00     13899.40
```

The Debtor's attorney, PAUL M BACH                     , was allowed $   2200.00
and was paid $    800.00  direct and $   1400.00  through the plan.

The Trustee received $    472.81 .

Refunds to the Debtor totaled $    953.30 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/10/07                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE